UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. _____

ALYSSA GONZALEZ,
    *Plaintiff*,
v.

CAPITAL ONE FINANCIAL
CORPORATION,
    *Defendant*.
_____/

## DEFENDANT CAPITAL ONE FINANCIAL CORPORATION'S NOTICE OF REMOVAL

Please take notice that Defendant Capital One Financial Corporation[1] (hereinafter "Defendant" or "Capital One"), hereby files this statement of the grounds for removing this cause of action to the United States District Court for the Southern District of Florida, Miami Division, together with a copy of all process, pleadings and orders served upon Defendant to date in the state court action. Defendant's grounds for removal are as follows:

1. On November 14, 2022, Plaintiff Alyssa Gonzalez ("Plaintiff"), individually and on behalf of all, others similarly situated, sued Capital One for violations under the Florida Telephone Solicitation Act, Fla. Stat. § 501.059 (the "FTSA"). Compl. ¶ 1.

2. The lawsuit is pending in the Eleventh Judicial Circuit Court, in and for Miami-Dade County, Florida under Case No. 2022-021725-CA-01 ("State Action").

3. On November 21, 2022, Capital One was served with a Summons and copy of the Complaint in connection with the State Action. A copy of the State Court

---

[1] Capital One disputes that it had any involvement with the allegations in the Complaint and disputes that it was the proper defendant to be named in this action. Without conceding any wrongdoing by Capital One or any subsidiary or other entity associated with Capital One, based on the allegations in the Complaint, Capital One believes that Plaintiff intended to name Capital One Auto Finance, a Division of Capital One, N.A., as the Defendant. Capital One, N.A. is a national banking association and is headquartered in Virginia. Capital One, N.A. is a citizen of Virginia for the purposes of federal diversity jurisdiction. Accordingly, removal would be appropriate even if Plaintiff had named Capital One Auto Finance as the Defendant.

1

complaint is attached as **Exhibit A**.

4. Capital One timely files this Notice of Removal within 30 days of service in accordance with 8 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Capital One must be included with this Notice of Removal. The Summons and state court docket sheet are attached as **Exhibit B.** No other documents have been served on Capital One.

6. This Court has personal jurisdiction over the parties.

7. Defendant Capital One is the only named defendant in the Complaint.

8. Venue is proper in this District in accordance with 28 U.S.C. § 1441(a).

9. The State Action is removable to this Court under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d). In CAFA, Congress granted the federal courts diversity jurisdiction over putative class actions where: (1) the citizenship of at least one proposed class member is different from that of any defendant [*Id*. § 1332(d)(2)(A)]; (2) the putative class action consists of at least 100 proposed class members [28 U.S.C. § 1332(d)(5)(B)]; and (3) the matter in controversy, after aggregating the claims of the proposed class members, exceeds $5 million, exclusive of interests and costs [*Id*. §§ 1332(d)(2), (d)(6)]. Each of these requirements is satisfied.

10. This action meets the CAFA definition of a class action, which is "any civil action filed under Rule 23 of the Federal Rules of Civil Procedure or similar State statute or rule of judicial procedure." 28 U.S.C. §§ 1332(d)(1)(B), 1453(a) & (b).

11. Plaintiff Alyssa Gonzalez is alleged to be a resident of the State of Florida. Compl. ¶ 9. Capital One is informed and believes that Plaintiff is a citizen of the State of Florida.

12. Defendant Capital One is a Delaware corporation with its principal place of business in McLean, Virginia. Compl. ¶ 7.

13. Pursuant to 28 U.S.C. § 1332(c)(1) "a corporation shall be deemed to be a citizen of every State … by which it has been incorporated and the State … where it has its principal place of business…."

14. Because the citizenship of at least one member of the putative class is diverse from the citizenship of at least one defendant, the requirements for minimal

diversity under 28 U.S.C. § 1332(d)(2)(A) are satisfied here.

15. On behalf of the putative classes, Plaintiff seeks, among other relief, compensatory damages in the form of statutory damages under the Florida Telephone Solicitation Act, Fla. Stat. § 501.059; and equitable and/or injunctive relief. Assuming, for the purposes of removal only, that the allegations in the Complaint are true, the amount in controversy exceeds $5 million, and the aggregate number of members of the putative class exceeds 100. (See Compl., ¶34 (alleging that "Plaintiff does not know the exact number of members in the Class but believes the Class members number in the **several thousands, if not more**.")) (emphasis added). Accordingly, based on Plaintiff's allegations, the aggregate number of class members is many times greater than 100 persons for purposes of 28 U.S.C. § 1332(d)(5)(B) and the amount in controversy exceeds the required "sum or value of $5,000,000, exclusive of interest and costs." 28 U.S.C. §§ 1332(d)(2), (d)(6).

16. The action does not fall within any exclusion to removal of jurisdiction recognized by 28 U.S.C. § 1332(d), and therefore this action is removable pursuant to CAFA, 28 U.S.C. § 1332(d) and § 1453(b).

17. For all the reasons stated above, this action is within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332(d). Accordingly, this action is removable pursuant to 28 U.S.C. § 1441(a) and § 1453.

18. Promptly after the filing of this Notice of Removal, Capital One shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of Court of the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida, as required by 28 U.S.C. § 1446(d).

Wherefore, Defendant Capital One hereby removes this action to this Court.

Dated: December 21, 2022

By: _____
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Joseph W. Swanson (FBN 29618)
JSwanson@carltonfields.com
James S. Czodli (FBN 123523)

JCzodli@carltonfields.com
Carlton Fields, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida  33136
Telephone:  305-530-0050

*Counsel for Defendant Capital One Financial Corporation*

129942425.1